# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Lone Tree Investments, LLC |
| **Case Number:** | 2:10-bk-26776-RTBP    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 26, 2010 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matters:*

**1)** EXPEDITED HEARING ON DEBTOR'S MOTION FOR JOINT ADMINISTRATION
   **R / M #:**   3 / 0

**2)** EXPEDITED HEARING ON DEBTOR'S MOTION TO CHANGE HEARING LOCATION TO PHOENIX
   **R / M #:**   4 / 0

**3)** EXPEDITED HEARING ON DEBTOR'S MOTION TO APPROVE DIP FINANCING
   **R / M #:**   0 / 0

**4)** EXPEDITED HEARING ON DEBTOR'S MOTION TO AUTHORIZE PAYMENT OF PRE-PETITION WAGES, BENEFIT CONTRIBUTIONS AND REIMBURSEMENTS
   **R / M #:**   0 / 0

**5)** EXPEDITED HEARING ON DEBTOR'S MOTION TO SELL HOMES AND RESIDENTIAL LOTS IN ORDINARY COURSE OF BUSINESS
   **R / M #:**   0 / 0

## *Appearances:*

JOHN J. HEBERT, ATTORNEY FOR LONE TREE INVESTMENTS, LLC
WESLEY DENTON RAY, ATTORNEY FOR LONE TREE INVESTMENTS, LLC
MARK W. ROTH, ATTORNEY FOR LONE TREE INVESTMENTS, LLC
LARRY WATSON, ATTY UST
JOE COTTERMAN, ATTY JOHNSON BANK
HENK TAYLOR, ATTY CREDITOR

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## _Proceedings:_

Item #1, 2, & 3

Mr. Hebert advises the court that the parties agree to the entry of interim orders with regard to the matters on calendar today.  He reviews the details with the court.

Mr. Cotterman, Mr. Taylor and Mr. Watson agree with the comments of counsel.  Each clarifies certain issues for the court.

Mr. Hebert replies and discusses the issues further with the court.

COURT:  IT IS ORDERED granting the joint administration, change of hearing location and DIP financing
        motions on an interim basis.  A continued hearing is set for 9/23/10 @ 1:30 p.m.

Item #4

Mr. Roth addresses the wage motion.

Mr. Watson has no objection as long as the debtors do not exceed the cap.

COURT:  IT IS ORDERED granting the motion on the terms & conditions stated.  Counsel is directed
        to lodge an order.

Item #5

Mr. Roth reviews the motion and seeks approval on an interim basis.

COURT:  IT IS ORDERED granting the motion on the terms & conditions stated.