B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **LONE TREE INVESTMENTS, LLC**
Debtor(s)

Case No. **2-10-bk-26776-RTBP**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A & A CUTTING TREE SERVICE<br>3370 E. ASCONA WAY<br>FLAGSTAFF, AZ 86004 | A & A CUTTING TREE SERVICE<br>3370 E. ASCONA WAY<br>FLAGSTAFF, AZ 86004 | | | 1,188.00 |
| AVDOMOTICS<br>2810 HOPI DRIVE<br>SEDONA, AZ 86336 | AVDOMOTICS<br>2810 HOPI DRIVE<br>SEDONA, AZ 86336 | | | 1,800.00 |
| CASTILLEJA LANDSCAPE & DESIGN<br>1801 E. EAST STREET<br>FLAGSTAFF, AZ 86004 | CASTILLEJA LANDSCAPE & DESIGN<br>1801 E. EAST STREET<br>FLAGSTAFF, AZ 86004 | | | 1,208.30 |
| CBS OUTDOOR<br>P O BOX 33074<br>NEWARK, NJ 07188-0074 | CBS OUTDOOR<br>P O BOX 33074<br>NEWARK, NJ 07188-0074 | | | 2,512.50 |
| EAGER WELDING<br>81 SENECA DR.<br>FLAGSTAFF, AZ 86001 | EAGER WELDING<br>81 SENECA DR.<br>FLAGSTAFF, AZ 86001 | | | 2,480.00 |
| FLAGSTAFF PUBLISHING CO.<br>C/O PULITZER ADVERTISING<br>P O BOX 742549<br>CINCINNATI, OH 45274-2549 | FLAGSTAFF PUBLISHING CO.<br>C/O PULITZER ADVERTISING<br>P O BOX 742549<br>CINCINNATI, OH 45274-2549 | | | 4,469.81 |
| HOGUE PRINTING, INC.<br>ATTN: STEVE BURM<br>159 W. 1ST AVENUE<br>MESA, AZ 85210 | HOGUE PRINTING, INC.<br>ATTN: STEVE BURM<br>159 W. 1ST AVENUE<br>MESA, AZ 85210 | | | 3,758.23 |
| JOHNSON BANK<br>C/O SCOTT KELLY<br>3131 E. CAMELBACK ROAD<br>PHOENIX, AZ 85016 | JOHNSON BANK<br>C/O SCOTT KELLY<br>3131 E. CAMELBACK ROAD<br>PHOENIX, AZ 85016 | Lots 257, 258, 260-262, 265-266, 270, 272-274, 278-291, 293, 295, 297-298, 300-306, 309, 311 and 312, The Estates at Pine Canyon Unit Four, according | Contingent Unliquidated Disputed | 24,275,825.59<br><br>(15,470,000.00 secured) |

In re **LONE TREE INVESTMENTS, LLC**      Case No. **2-10-bk-26776-RTBP**
        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **JOHNSON BANK CARDMEMBER SERVICES** P O BOX 790408 SAINT LOUIS, MO 63179 | JOHNSON BANK CARDMEMBER SERVICES P O BOX 790408 SAINT LOUIS, MO 63179 | Operating expenses | | 12,283.00 |
| **KEITH JOHANSON** 3229 S. CLUBHOUSE CIR. FLAGSTAFF, AZ 86001 | KEITH JOHANSON 3229 S. CLUBHOUSE CIR. FLAGSTAFF, AZ 86001 | Construction work | | 2,676.00 |
| **LONE TREE DEVELOPERS, LLC** 1121 W. WARNER ROAD, #109 TEMPE, AZ 85284 | LONE TREE DEVELOPERS, LLC 1121 W. WARNER ROAD, #109 TEMPE, AZ 85284 | Creditor has right to acquire two lots pursuant to 10/21/2006 agreement | | 425,000.00 |
| **MARK SYSTEMS** 55 HIGH STREET THIRD FLOOR MOUNT HOLLY, NJ 08060 | MARK SYSTEMS 55 HIGH STREET THIRD FLOOR MOUNT HOLLY, NJ 08060 | | | 1,075.00 |
| **MOGOLLON ENGINEERING & SURVEYING, INC.** 411 W. SANTA FE AVE. FLAGSTAFF, AZ 86001 | MOGOLLON ENGINEERING & SURVEYING, INC. 411 W. SANTA FE AVE. FLAGSTAFF, AZ 86001 | | | 1,256.44 |
| **PAPPAS CONSULTING** 10337 E. WOOD DR. SCOTTSDALE, AZ 85260 | PAPPAS CONSULTING 10337 E. WOOD DR. SCOTTSDALE, AZ 85260 | | | 1,635.00 |
| **PAZDUR PUBLISHING, INC.** 2171 CAMPUS DR., #330 IRVINE, CA 92612 | PAZDUR PUBLISHING, INC. 2171 CAMPUS DR., #330 IRVINE, CA 92612 | | | 2,218.00 |
| **PRECISE NETWORK SERVICES** 2920 N. 3RD STREET FLAGSTAFF, AZ 86004 | PRECISE NETWORK SERVICES 2920 N. 3RD STREET FLAGSTAFF, AZ 86004 | | | 2,025.00 |
| **SAM'S CLUB/GEMB** P O BOX 530981 ATLANTA, GA 30353-0981 | SAM'S CLUB/GEMB P O BOX 530981 ATLANTA, GA 30353-0981 | Operating Expenses | | 1,510.00 |
| **SAN FRANCISCO PEAKS LP** C/O MARK D. SVEJDA 6909 EAST GREENWAY PKWY., SUITE 245 SCOTTSDALE, AZ 85260 | SAN FRANCISCO PEAKS LP C/O MARK D. SVEJDA 6909 EAST GREENWAY PKWY., SUITE 245 SCOTTSDALE, AZ 85260 | Creditor alleges it is entitled to one lot owned by debtor pursuant to 1/14/00 agreement | Contingent Unliquidated Disputed | 120,000.00 |
| **WADE MCELWAIN** 1535 MARIPOSA DRIVE FLAGSTAFF, AZ 86004 | WADE MCELWAIN 1535 MARIPOSA DRIVE FLAGSTAFF, AZ 86004 | Construction work | | 9,232.00 |
| **WARREN W. SMITH** 1648 EAST MIRA VISTA COURT FLAGSTAFF, AZ 86001 | WARREN W. SMITH 1648 EAST MIRA VISTA COURT FLAGSTAFF, AZ 86001 | Deferred Compensation | | 800,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Central and Osborn Properties, Inc.

Date  **August 27, 2010**            Signature   /s/ Patricia E. Nolan
                                                **PATRICIA E. NOLAN**
                                                **PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.