Alan M. Levinsky (SBN: 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re: | **Chapter 11** |
|---|---|
| LONE TREE INVESTMENTS, LLC, | **No. 2:10-bk-26776 RTB** |
| Debtor(s), | **OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

COMES NOW, ALLY FINANCIAL f/k/a GMAC, ("ALLY FINANCIAL"), by and through its attorney as undersigned, who hereby objects to the confirmation of the Debtor's Plan as it stands at this time. ALLY FINANCIAL is the holder of a secured claim against the above named Debtor in the amount of $31,980.30. Said sum is secured by a lien on a 2009 GMC SIERRA, VIN: 1GTHK44K19F172595 purchased by the Debtor from ALLY FINANCIAL's assignor on or about February 22, 2010. A copy of said Contract and Title showing ALLY FINANCIAL's lien are attached as Exhibits "A" and "B".

ALLY FINANCIAL is objecting to the Debtor's Plan insofar as the Plan, under Class 3-C, does not specify the amount to be paid pursuant to its allowed claim. Your undersigned upon information and belief believes that the intent is to pay this claim in full. ALLY FINANCIAL of course will have no objection to that, but requires that the Order specify that it would be paid its Proof of Claim amount, $31,980.30. Upon confirmation that ALLY FINANCIAL will be paid

pursuant to its Proof of Claim, your undersigned would be more then happy to withdraw this Objection and submit a Ballot in favor of the Chapter 11 Plan.

      RESPECTFULLY SUBMITTED this 25th day of February, 2011.

                                  BUCHALTER NEMER

                                  By: /s/ AML - #006702
                                       Alan M. Levinsky
                                       16435 North Scottsdale Road, Suite 440
                                       Scottsdale, Arizona 85254
                                       Attorney for Movant

Copy of the foregoing mailed
this 25th day of February, 2011, to:

Lone Tree Investments, LLC
c/o Patricia E. Nolan
1201 E. John Wesley Powell Blvd.
Flagstaff, Arizona 86001
Debtors

Jennifer Joan Axel
John J. Herbert
Mark W. Roth
Nathan J. Kunz
Wesley Denton Ray
POLSINELLI SHUGHART P.C.
One East Washington St.
CityScape Building, Suite 1200
Phoenix, Arizona 85004
Attorneys for Debtors

Mary B. Martin
POLSINELLI SHUGHART P.C.
3636 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Attorney for Debtor

Larry Lee Watson
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Suite 204
Phoenix, Arizona 85003
Attorney for U.S. Trustee

*/s/ Cathy C. Bohnsack*