John J. Hebert (#010633)
Mark W. Roth (#010708)
Mary B. Martin (#019196)
Wesley D. Ray (#026351)
**POLSINELLI SHUGHART PC**
CityScape Plaza
One E. Washington, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-mail: PhoenixBankruptcyECF@polsinelli.com
E-Mail: jhebert@polsinelli.com
E-Mail: mroth@polsinelli.com
E-Mail: mmartin@polsinelli.com
E-Mail: wray@polsinelli.com

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LONE TREE INVESTMENTS, LLC<br>PINE CANYON GOLF, L.L.C.<br>MOUNTAIN VISTA AT PINE CANYON, L.L.C.<br>ELK PASS, L.L.C.<br>DEER CREEK CROSSING, L.L.C.<br>CREEKSIDE VILLAGE HOMES, LLC<br><br>           Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-26776-RTBP<br>Case No. 2:10-bk-26779-RTBP<br>Case No. 2:10-bk-26785-RTBP<br>Case No. 2:10-bk-26790-RTBP<br>Case No. 2:10-bk-26792-RTBP<br>Case No. 2:10-bk-26794-RTBP<br><br>Joint Administration under<br>Case No. 2:10-bk-26776-RTBP |
| This filing applies to:<br><br>   ⊠ ALL DEBTORS<br><br>   ☐ SPECIFIED DEBTORS. | **PLAN PROPONENT'S BALLOT REPORT PURSUANT TO LOCAL RULE 3018-1** |

Lone Tree Investments, LLC, Pine Canyon Golf, L.L.C., Mountain Vista at Pine Canyon, L.L.C., Elk Pass, L.L.C., Deer Creek Crossing, L.L.C., and Creekside Village Homes, LLC, debtors and debtors-in-possession (collectively the "Debtors"), by and through counsel undersigned, hereby submits the following ballot report and pre-confirmation summary pursuant to Local Rule 3018-1 for the Debtor's Amended Plan of Reorganization dated January 24, 2011 (the "Plan").

1

2783936.1

Classes 1-A, 1-B, 1-C and 2 are unimpaired. Of the remaining 14 classes, 9 have voted to accept the Debtor's Plan, including the Class of Interest Holders. Only Class 3-A has voted to reject the Plan of Reorganization.

**I.     PLAN CONFIRMATION AND VOTING:**

    **A.     Priority Claims**

**Class 1-A** consists of Allowed Priority Claims under 11 U.S.C. § 503 and § 507(a)(2) (Administrative claims).

    1.  Unimpaired.

    2.  No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f).

**Class 1-B** consists of Allowed Priority Claims under 11 U.S.C. § 507(a)(3) (Wage Claims).

    1.  Unimpaired

    2.  Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
| --- | --- | --- | --- |
| Accept – 1 | 100% | $11,725.00 | 100% |
| Reject – 0 | 0% | $0.00 | 0% |

**Class 1-C** consists of Allowed Priority Claims under 11 U.S.C. § 507(a)(8) (Tax Claims).

    1.  Unimpaired

    2.  No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f).

    **B.     Class 2** consists of Allowed Post Petition Claim of Flagstaff Acquisitions, LLC

    1.  Unimpaired

    2.  No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f).

    **C.     Secured Claims**

**Class 3-A** consists of the Allowed Secured Claims of Johnson Bank.

    1.  Impaired.

    2.  Vote – Reject (See Summary of Ballots Cast attached hereto as Exhibit "A")

2
2783936.1

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept – 0 | 0% | $0.00 | 0% |
| Reject - 1 | 100% | Principal - $24,275,825.59<br>Interest - $ 199,994.73<br>$24,475,820.32 | 100% |

**Class 3-B** consists of the Allowed Secured Claims of Coconino County.

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 1 | 100% | $30,782.34 | 100% |
| Reject - 0 | 0% | $0.00 | 0% |

**Class 3-C** consists of the Allowed Secured Claim of GMAC Financial Services.

1. Impaired.

2. Vote – no ballot cast.

**Class 3-D** consists of the Allowed Secured Claim of Sandra K. Stevens

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 1 | 100% | Principal - $10,000.00<br>Interest - $ 70.14<br>$10,070.14 | 100% |
| Reject - 0 | 0% | $0.00 | 0% |

**Class 3-E** consists of the Allowed Secured Claim of Wespac Residential, Inc.

1. Impaired.

2. Vote – no ballot cast

**Class 3-F** consists of the Allowed Secured Claim of General Electric Capital Corp.

1. Impaired.

2. Vote – no ballot cast

2783936.1

D. **Allowed Claim of San Francisco Peaks Associates LP**

**Class 4** consists of the Allowed Claim of San Francisco Peaks Associates, LP.

1. Impaired.

2. Vote – no ballot cast

E. **Unsecured Claims**

**Class 5** consists of the Allowed Unsecured Claims of Club Members holding Golf Memberships.

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept -126 | 100% | $7,874,500.00 | 100% |
| Reject - 0 | 0% | $0.00 | 0% |

**Class 6** consists of the Allowed Unsecured Claims of Club Members holding Sports Memberships.

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 34 | 100% | $343,500.00 | 100% |
| Reject - | 0% | $0.00 | 0% |

**Class 7** consists of the Allowed Unsecured Claim of Flagstaff Acquisitions, LLC.

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 1 | 100% | Principal - $17,800,000.00<br>Interest - $ 2,637,232.20<br>$20,437,232.20 | 100% |
| Reject - 0 | 0% | $0.00 | 0% |

4

**Class 8** consists of the Allowed Unsecured Claim of O'Connor Investment Partnership.

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 1 | 100% | Principal - $1,000,000.00<br>Interest - $   219,116.44<br>$  1,219,116.44 | 100% |
| Reject - 0 | 0% | $0.00 | 0% |

**Class 9** consists of the Allowed General Unsecured Claims Against the Debtors.

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")[1]

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 62 | 100% | Principal - $1,005,860.59<br>Interest - $       1,364.33<br>$1,007,224.92 | 100% |
| Reject - 0 | 0% | $0.00 | 0% |

E. **Interest Holders**

**Class 10** consists of all Allowed Interests of Interest Holders.

1. Impaired.

2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Percentage of Ownership | Percentage |
|---|---|---|---|
| Accept - 3 | 100% | 200% | 100% |
| Reject - 0 | 0% | 0% | 0% |

...

…

…

---

[1] The ballot submitted by Pro-Edge Cutlery was submitted after the 2/25/2011 deadline.

2783936.1

## II. OBJECTIONS TO THE PLAN

Debtor has received four objections to the Plan. The objections were filed by Johnson Bank, San Francisco Peaks Associates, LP, Ally Financial f/k/a GMAC and Wespac Communities, Inc.. Accordingly, the Debtor intends to proceed with confirmation of the Plan pursuant to 11 U.S.C. § 1129(b).

DATED: March 1, 2011.

POLSINELLI SHUGHART PC

By: /s/ Mark Roth
John J. Hebert
Mark W. Roth
Mary B. Martin
Wesley D. Ray
CityScape Plaza
One E. Washington
Suite 1200
Phoenix, AZ 85004

*Attorneys for Debtors*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on March 1, 2011, to:

U.S. Trustee's Office
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

Joseph E. Cotterman * jec@gknet.com
James B. Connor * jbc@gknet.com
GALLAGHER & KENNEDY P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016-9225
  *Attorneys for Johnson Bank*

Randall D. Crocker * rcrocker@vonbriesen.com
Mark F. Foley * mfoley@vonbriesen.com
VON BRIESEN & ROPER, S.C.
411 E. Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
  *Attorneys for Johnson Bank*

Scott K. Brown * sbrown@lrlaw.com
J. Henk Taylor * htaylor@lrlaw.com
Robert R. Roos * rroos@lrlaw.com
LEWIS AND ROCA LLP
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004-4429
  *Attorneys for Wespac Communities, Inc.*

6

2783936.1

| | | |
|---|---|---|
| 1 | Michael D. Curran * mcurran@mmcec.com | Richard R. Thomas * rthomas@thomas-schern.com |
| | Daniel D. Maynard * dmaynard@mmcec.com | Stephen C. Biggs * sbiggs@thomas-schern.com |
| 2 | MAYNARD CRONIN ERICKSON CURRAN | THOMAS SCHERN RICHARDSON, PLLC |
| |   & REITER, P.L.C. | 1640 S. Stapley Drive, Suite 132 |
| 3 | 3200 N. Central Ave., Suite 1800 | Mesa, AZ 85204 |
| | Phoenix, AZ 85012 | *Attorneys for San Francisco Peaks* |
| 4 | *Attorneys for Sysco Arizona, Inc.* | *Associates, LP* |

5  GE Money Bank  claims@recoverycorp.com
   c/o RECOVERY MANAGEMENT SYSTEMS CORP.
6  25 SE 2nd Avenue, Suite 1120
   Miami, FL 33131-1605
7  Attn: Ramesh Singh


By: _____/s/ Mary Engel_____