# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | LONE TREE INVESTMENTS, LLC |
| **Case Number:** | 2:10-BK-26776-RTB     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 03, 2011 09:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | LAURIE STALLMAN |

## Matter:

HEARING ON CONFIRMATION OF PLAN FILED BY DEBTOR

**R / M #:**   197 / 0

## Appearances:

JOHN J. HEBERT, ATTORNEY FOR LONE TREE INVESTMENTS, LLC
MARK W. ROTH, ATTORNEY FOR LONE TREE INVESTMENTS, LLC
HENK TAYLOR, ATTY WESPAC
RICHARD THOMAS, ATTY SAN FRANCISCO PEAKS ASSOC.
JOE COTTERMAN/MARK FOLEY, ATTY JOHNSON BANK

## Proceedings:

Mr. Hebert informs the court that 4 objections were filed to the confirmation of the plan. He believes the Wespac issues have been resolved and he is confident that the objections of Ally and San Francisco Peaks will be resolved. That leaves the Johnson Bank objection and there is a dispute between the parties regarding the setting of the trial.

Mr. Foley reviews the alternate schedule he proposes. He notes there are some legal issues he believes should be addressed prior to the trial and that the valuation issue should be determined as well.

Mr. Taylor notes the agreement with the debtor and states the documentation is in the works and will need to be noticed out. His objections will stand until the agreement is approved by the court.

The court takes a recess to allow the parties to discuss the scheduling issues. Court reconvenes.

Mr. Hebert advises the court that the parties have agreed that the debtor will amend the plan to address the legal issues and the evaluation expert report will be done in 2 weeks. Expert reports on feasibility will be completed by the end of March and the parties will use April to conduct discovery. The parties will exchange any declarations by 5/6/11 and the joint pretrial statement will be filed no later than 5/13/11.

COURT:  IT IS ORDERED setting a 2 day trial for 5/25/11 @ 10:00 a.m. and 5/26/11 @ 9:00 a.m.
           IT IS FURTHER ORDERED that direct testimony of any expert is to be completed by declaration.