# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | LONE TREE INVESTMENTS, LLC |
| **Case Number:** | 2:10-BK-26776-RTB     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 25, 2011 09:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | ANNETTE AGUILAR |

## *Matters:*

2) EVIDENTIARY HEARING IN RE: CONFIRMATION OF PLAN
   R / M #:   197 / 0

1) MOTION IN LIMINE TO EXCLUDE DECLARATION AND TESTIMONY OF MATTHEW C. SHANABERGER & TO EXCLUDE THE APPRAISAL TECHNOLOFY APPRAISAL OF 6/1/10 FILED BY SILVERLEAF ACQUISITION HOLDINGS
   R / M #:   381 / 0

## *Appearances:*

JOHN J. HEBERT, ATTORNEY FOR LONE TREE INVESTMENTS, LLC
HENK TAYLOR, ATTY WESPAC
CHRIS BAYLEY/MARK FOLEY, ATTY SILVERLEAF
RICHARD THOMAS, ATTY SAN FRANCISCO PEAKS

(continue)...　2:10-BK-26776-RTB　　　WEDNESDAY, MAY 25, 2011 09:00 AM

## *Proceedings:*

Mr. Hebert advises the court that the parties are very close to a settlement. They have agreed to continue the negotiations and seek a continuance of the trial into late summer.

COURT: IT IS ORDERED continuing the trial to 9/12/10 and 9/13/19 at 9:00 a.m. and 9/14/11 at 10:00 a.m.

The court inquires about the Wespac settlement which is currently under advisement. Mr. Bayley notes his clients do still object, however, at some point, the parties will be discussing the settlement of that matter as well. He notes there are several pending motion and he would like those set separately from the September trial dates.

Mr. Hebert agrees to respond to the motions in limine within 10 days.

COURT: IT IS ORDERED continuing the hearing on the motions in limine to 7/6/11 @ 11:00 a.m.

The court notes there are some witnesses that caught his eye that he needs to make some disclosures about. The court knows Michael Greenbaum and Morrie Aaron and explains that the relationship does not cause him to recuse himself. One last witness request is unnamed members of the Pine Canyon Country Club. The parties are directed to ask if they know him or if they've every played golf with him. If the answer is yes to either of those questions, a different member should be chosen.

Mr. Bayley notes there was a motion filed by the debtor to substitute Silverleaf as the party in lieu of Johnson Bank. He discusses the motion with the court.

Mr. Hebert responds and explains his concerns to the court.

COURT: IT IS ORDERED directing that Silverleaf be substituted in lieu of Johnson Bank effective the date of the order. Mr. Bayley is directed to serve & lodge an order.